

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

      - v. -                        :

                                           INFORMATION

SERGEY AMBROSOV,                   :
                                           07 Cr.

              Defendant.   :

- - - - - - - - - - - - - - - - - - - X

## COUNT ONE

        The United States Attorney charges:

        1.   From at least in or about 2004, up to and including in or about December 2006, in the Southern District of New York and elsewhere, SERGEY AMBROSOV, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 1344 of Title 18, United States Code.

        2.   It was a part and an object of the conspiracy that SERGEY AMBROSOV, the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did execute a scheme and artifice to defraud financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institutions, by means of

false and fraudulent pretenses, representations, and promises, and material omissions, to wit, a scheme to submit to banks loan documents containing false and misleading information for the purpose of procuring loan proceeds, in violation of Title 18, United States Code, Section 1344.

### OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York:

a. In or about February 2006, AMBROSOV and two co-conspirators not named as defendants herein submitted and caused to be submitted false information to the Tarrytown, New York branch office of First Franklin Financial Corporation, a division of National City Bank, in order to procure a mortgage loan for the purchase of a property in Brooklyn, New York.

(Title 18, United States Code, Section 1349.)

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SERGEY AMBROSOV,

Defendant.

---

**INFORMATION**

07 Cr.    (RMB)

(18 U.S.C. §§ 1344, 1349)

MICHAEL J. GARCIA
United States Attorney.

---

4/25/07
Filed info.
Ellis, J.