

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2007

**BY FAX**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007
(212) 805-6717

# MEMO ENDORSED

Re: <u>United States v. Sergey Ambrosov</u>,
      07 Cr. 356 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter, on consent, to request that the conference scheduled in this matter for ~~tomorrow~~, July 25, 2007 at 9:30 a.m., be adjourned for approximately 30 days, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act.

The adjournment is requested jointly by the parties, who are attempting to finalize their discussions regarding a resolution of this matter. Defense counsel Stephanie Carvlin, Esq. is currently representing a defendant in a trial in the Eastern District of New York and expects that trial to last at least through the end of July. Ms. Carvlin has specifically consented to the exclusion of time under the Speedy Trial Act.

*[Handwritten endorsement:]* Application Granted. Conf. adjourned to 8/28/07 @ NOON. Time excluded under Speedy Trial Act while parties pursue resolution.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

cc: Stephanie Carvlin, Esq.

SO ORDERED:
Date: 7/12/07    Richard M. Berman
                 Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07