LAW OFFICES OF

# STEPHANIE M. CARVLIN, ESQ.

52 Duane Street, 7th Floor
New York, New York   10007

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-732-6323
E-MAIL: CARVLIN@HOTMAIL.COM

August 14, 2007

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: United States v. Ambrosov
         07-CR-356 (RMB)

Dear Judge Berman:

     I write to request an adjournment of the status conference in the above-captioned case, which is now scheduled for August 28, 2007, at 12:00 p.m.  I anticipate that Mr. Ambrosov will enter a plea on the next court date. However, I have plans to be out of state on August 28. In addition, the parties need approximately one additional month to finalize the plea agreement. After consulting with your chambers about your availability, I respectfully ask that Your Honor adjourn the August 28 status conference until September 19 or the morning of September 20, 2007. The government consents to this request. Finally, I agree that the time between August 28 and the adjourned date should be excluded under the Speedy Trial Act.

     Respectfully submitted,

     _____/s/_____
     Stephanie M. Carvlin

cc: AUSA Jonathan New (by mail and ECF)

Case 1:07-cr-00356-RMB    Document 16    Filed 08/14/2007    Page 2 of 2