

LAW OFFICES OF
# STEPHANIE M. CARVLIN, ESQ.
52 Duane Street, 7th Floor
New York, New York 10007



RECEIVED
AUG 17 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-732-6325
E-MAIL: CARVLIN@HOTMAIL.COM

**COURTESY COPY – ORIGINAL FILED ECF**

*Conference adjourned to 9/19/07 @ 10:00am. Time is August 14, 2007 Excluded pursuant to Speedy Trial Act.*

**SO ORDERED:**
Date: 8/20/07

*Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Ambrosov</u>
    07-CR-356 (RMB)

Dear Judge Berman:

I write to request an adjournment of the status conference in the above-captioned case, which is now scheduled for August 28, 2007, at 12:00 p.m. I anticipate that Mr. Ambrosov will enter a plea on the next court date. However, I have plans to be out of state on August 28. In addition, the parties need approximately one additional month to finalize the plea agreement. After consulting with your chambers about your availability, I respectfully ask that Your Honor adjourn the August 28 status conference until September 19 or the morning of September 20, 2007. The government consents to this request. Finally, I agree that the time between August 28 and the adjourned date should be excluded under the Speedy Trial Act.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

Respectfully submitted,

Stephanie M. Carvlin

cc: AUSA Jonathan New (by mail and ECF)