LAW OFFICES OF

# STEPHANIE M. CARVLIN, ESQ.

52 Duane Street, 7th Floor
New York, New York 10007

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-732-6323
E-MAIL: CARVLIN@HOTMAIL.COM

September 17, 2007

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Ambrosov
    07-CR-356 (RMB)

Dear Judge Berman:

I write to request an adjournment of the status conference in the above-captioned case, which is now scheduled for September 19, 2007, at 10:00 a.m. Mr. Ambrosov will be entering a plea of guilty to the charges pending under indictment 07-CR-356 (RMB). However, the parties need additional time to finalize the plea agreement. After consultation with your courtroom deputy, I request that the case be adjourned to October 18, 2007 at 11:30 a.m. The government joins in this request. Finally, I agree that the time between September 19 and the adjourned date should be excluded under the Speedy Trial Act.

Respectfully submitted,

/s/
Stephanie M. Carvlin

cc: AUSA Jonathan New (by ECF and e-mail)