USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-17-07



LAW OFFICES OF
**STEPHANIE M. CARVLIN, ESQ.**
52 Duane Street, 7th Floor
New York, New York 10007

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-732-6323
E-MAIL: CARVLIN@HOTMAIL.COM

**COURTESY COPY – ORIGINAL FILED ECF**

September 17, 2007

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Ambrosov</u>
        07-CR-356 (RMB)

*[Handwritten endorsement:]* Adjourned to 10/18/07 @ 11:30 A.M. Time excluded under Speedy Trial Act for reasons set forth herein.
SO ORDERED: 9/17/07
Richard M. Berman, U.S.D.J.

**MEMO ENDORSED**

Dear Judge Berman:

    I write to request an adjournment of the status conference in the above-captioned case, which is now scheduled for September 19, 2007, at 10:00 a.m. Mr. Ambrosov will be entering a plea of guilty to the charges pending under indictment 07-CR-356 (RMB). However, the parties need additional time to finalize the plea agreement. After consultation with your courtroom deputy, I request that the case be adjourned to October 18, 2007 at 11:30 a.m. The government joins in this request. Finally, I agree that the time between September 19 and the adjourned date should be excluded under the Speedy Trial Act.

Respectfully submitted,

Stephanie M. Carvlin

cc: AUSA Jonathan New (by ECF and e-mail)