

LAW OFFICES OF
**STEPHANIE M. CARVLIN, ESQ.**
111 Broadway, Suite 710
New York, New York 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/07

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-374-1506
TELECOPIER: 212 374-1506
E-MAIL: CARVLIN@HOTMAIL.COM

November 2, 2007

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plea referred to Magistrate Judge. Conference adjourned to 11-20-07 at 10:00am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
> SO ORDERED:
> Date: 11-5-07    Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re: United States v. Ambrosov
    07-CR-356 (RMB)

Dear Judge Berman:

    The above captioned case is currently scheduled for a status conference before Your Honor on Tuesday, November 6, 2007, at 9:15 a.m. However, the parties have reached an agreement, and Mr. Ambrosov will enter a plea of guilty to an information the government will soon file. I therefore ask that Your Honor refer the case to Magistrate Court for a plea any time the week of November 12, 2007. The government joins in this request.

    I understand after speaking with your courtroom deputy, Ms. Murray, that after the plea has taken place, the parties should contact the Court to set a date to appear before Your Honor. We will do so.

    Finally, I agree that the time between now and the date the case is referred for the plea should be excluded under the Speedy Trial Act.

Respectfully submitted,

Stephanie M. Carvlin

cc: AUSA Katie Goldstein