

**U.S. Department of Justice**

~~United States Attorney~~

*Southern District of New York*

MEMO ENDORSED

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2007

> Conference is adjourned to 12-20-07 at 11:00am. Time is excluded pursuant to the speedy Trial Act for the reasons set forth in this letter
>
> **SO ORDERED:**
> Date: 12-11-07
>
> Richard M. Berman, U.S.D.J.

RECEIVED DEC 11 2007 CHAMBERS OF RICHARD M BERMAN U.S.D.J

BY HAND
The Honorable Richard M. Berman
United States District Court
500 Pearl Street, Room 706
New York, NY 10007

Re:   United States v. Sergey Ambrosov
      07 Cr. 356 (RMB)

Dear Judge Berman:

The Government submits this letter, on consent, to respectfully request that the plea-acceptance conference scheduled in the above-captioned matter for Thursday, December 13, 2007, be adjourned for approximately one week. The defendant is currently scheduled to enter a guilty plea before a United States Magistrate Judge on Thursday, December 13, 2007 at 11:00 a.m., pursuant to the Court's referral. The adjournment is requested so as to allow the Government sufficient time to order a transcript of the plea for the Court's review. I have spoken with Stephanie Carvlin, Esq., counsel for Ambrosov, and she consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:  _____
     Katherine R. Goldstein/Jonathan B. New
     Assistant United States Attorneys
     (212) 637-2641/1049

cc:   Stephanie Carvlin, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007